# EXHIBIT 2

Exemplary Claim Chart for US Patent 7, 241,279

Applied to Plum Duo Product Line

The following chart is an exemplary, non-limiting comparison of certain claim language to certain Accused Products. The chart is not intended to be exhaustive and Plaintiff reserves the right to modify or amend the chart.

| Patented Claim | Plum Duo Product |
|---|---|
| 1. A device for washing eyes, comprising: | The Plum Duo line of products are devices for washing eyes. The two different products indicated below contain water with a pH neutralizing solution (blue) and saline (green). The products are sold in units of 6 bottles, and are also sold as combinations in Plum Eyewash Stations, Plum Eyewash Boxes, and Plum Plug & Heat Eyewash Boxes. The products are sold retail individually as well as in the above combinations. |

| | |
|---|---|
| |   |
| a. A bladder having sufficient flexibility such that when squeezed can compress to increase the pressure on contents within the bladder; | The bottle may be the bladder: it has sufficient flexibility to be squeezed, and when it is the pressure on the contents therein is increased.<br><br>That the bottle has sufficient flexibility to be squeezed is shown below. That the pressure on the contents is increased is clear, as the contents are forced out of the nozzles (see below picture, where food coloring has been added to increase contrast): |

| | |
|---|---|
| |  |
| b. At least two nozzles in pressure communication with the bladder, each nozzle having at least one discharge hole defined therein, such that when the bladder is squeezed a sufficient amount, and the pressure on the contents of the bladder subsequently increased a sufficient amount, at least a portion of the contents of the bladder are forced through the discharge holes; | The bottle has two nozzles attached thereto, and the nozzles are in pressure communication with the bottle (bladder). Each nozzle has at least one discharge hole defined therein. The nozzles in the cap are in pressure communication with the bladder through a hole formed in a breakaway cap on the top of the bottle (bladder). |





When the bottle is squeezed, fluid is forced through the discharge holes.

| | |
|---|---|
| c. Such that the at least two nozzles are configured such that a portion of the contents of the bladder, when forced through the discharge holes, are between about 5 and 15 centimeters apart at a distance of between about 1 and 30 centimeters from the discharge holes. | 15 cm<br>10 cm<br>5 cm<br>Stream between 5 and 15 cm wide from approximately 1.5 cm from the holes to approximately 13 cm from holes |
| | |
| 4. The device of claim 1, wherein the bladder and nozzles are made of a plastic material. | The bottle and nozzles are made of plastic. |
| 5. The device of claim 1, wherein the bladder and nozzles are made of polymer-based materials. | The bottle and nozzles are made of a polymer-based material. |

| | |
|---|---|
| 6. The device of claim 1, wherein the discharge holes have a diameter of between about 0.1 and 2 mm. | This limitation is met for all holes: |

| 7. The device of claim 1, wherein the nozzles are configured to be substantially closed when the pressure within the bladder is below a predetermined maximum and to be substantially open when the pressure within the bladder is above the predetermined maximum. | An open bottle without pressure applied does not have fluid egress (the fluid stays in the bottle, left picture); under pressure (squeezing), fluid is caused to egress (right picture).<br><br> |
|---|---|

| | |
|---|---|
| 12. The device of claim 1, further comprising an eye wash solution disposed in the bladder. | The products have eyewash solutions disposed therein. |

| | |
|---|---|
| 13. The device of claim 12, wherein the eye wash solution is selected from the group consisting of water-based solutions, water, and saline solutions. | The eye wash solutions are water-based (95% and 99%). Other components include sodium chloride (green) and sodium phosphate dibasic/monopotassium phosphate (blue): |